**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: I.R.S., A MINOR   :   No. 766 MAL 2019

  :

  :

PETITION OF: A.S., FATHER   :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.